UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**CRISINCIO FRANKS** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:26CV-411-DJH**

**OFFICER PAUL FENWICK, et al.** **DEFENDANTS**

# ORDER OF RECUSAL

This matter has been referred to the Magistrate Judge by Order of the District Judge. Upon review of this matter and on the Court's own motion, the undersigned hereby **RECUSES** himself from the above-styled action pursuant to 28 U.S.C. § 455.

August 20, 2026

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of Record
CM - Judge Hale