UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| CRISINCIO FRANKS | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 3:26-cv-411-DJH |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| OFFICER PAUL FENWICK, ET AL. | ) | |
| | ) | |
| Defendant | ) | |

(*electronically filed*)

**NOTICE OF SUBSTITUTION OF COUNSEL**

Notice is hereby given that Assistant County Attorney Bradley Atzinger, Jefferson County Attorney's Office, located at 200 South Fifth Street, Suite 300N, Louisville, KY 40202 is hereby substituted for Andrew Miller as counsel for the Defendants, Louisville/Jefferson County Metro Government and Officer Paul Fenwick. The substitution is made with Defendants' consent. Please direct all notices, pleadings, motions and orders to Brad Atzinger at the above address or electronically to Bradley.Atzinger@louisvilleky.gov.

Respectfully submitted,

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ Andrew Miller
Andrew Miller
Assistant Jefferson County Attorney
200 S. Fifth St., Ste. 300N
First Trust Centre
Louisville, KY 40202
(502) 574-0006
Andrew.miller@louisvilleky.gov

and

/s/ Bradley Atzinger
Bradley Atzinger
Assistant Jefferson County Attorneys
First Trust Centre
200 S. Fifth Street, Suite 300N
Louisville, Kentucky 40202
(502) 574-62205
Bradley.Atzinger@louisvilleky.gov
*Counsel for Defendants Officer Paul Fenwick and Louisville/Jefferson County Metro Government*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, the foregoing was filed with the clerk of the court by using the CM/ECF system, which will send electronic copies to all counsel of record.

/s/ Bradley Atzinger
Bradley Atzinger